UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 14-62623 |
| Robert Allen Maupin | ) | Judge Russ Kendig |
| Teresa Ann Maupin | ) | |
| | ) | |
| Debtors. | ) | **AMENDED** |
| | ) | **MODIFICATION OF PLAN** |

    Now comes Debtors, Robert and Teresa Maupin, by and through the undersigned counsel, and request a modification of her Chapter 13 plan pursuant to 11 U.S.C. § 1329(a) and Federal Rule of Bankruptcy Procedure 3015(g).

    Debtors filed a petition on December 3, 2014. Through the plan, Debtors were contributing $800.00 monthly. Debtor is paying a 0% to unsecured creditors.

    Debtor is laid off until July 1, 2015 and will be receiving unemployment. Debtor proposes to lower the payment for May, June and July, 2015 to $575.00 and pay only the mortgage payment. Normal payments will commence of $800.00 per month in August, 2015 until the end of the plan. Any delinquency is suspended with approval of this modification and the plan term if necessary will be extended to maintain feasibility.

    Wherefore, Debtors pray the Court approve the modification and grant such other relief as may be just and appropriate.

Submitted by:

/s/Nicole L. Rohr
Nicole L. Rohr (#0078316)
Thrush & Rohr, L.L.C.
4410 22nd Street NW
Canton OH 44708
(330) 479-9494
(330) 479-9585 *fax*
Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 14-62623 |
| Robert Allen Maupin | ) | Judge Russ Kendig |
| Teresa Ann Maupin | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF MODIFICATION OF PLAN**

Debtor has filed papers with the Court seeking to modify their Chapter 13 plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)**

If you do not want the court to grant the requested modification, or if you want the court to consider your views on the modification, then on or before **July 3, 2015,** you or your attorney must:

File with the court a written response, explaining your position, and a written request for a hearing, at:

> **U.S. Bankruptcy Court,**
> **Ralph Regula U.S. Courthouse,**
> **401 McKinley Ave SW, Canton, OH 44702**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date state above.

You must also mail a copy to:

> Nicole L. Rohr                Toby L. Rosen
> Thrush & Rohr, L.L.C.         Office of the Chapter 13 Trustee
> 4410 22nd Street NW           400 W. Tuscarawas Ave., Suite 400
> Canton OH 44708               Canton, Ohio 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the modification and the modification may be granted.

Date: June 12, 2015                        Signature: /s/Nicole L. Rohr
                                           Name: Nicole L. Rohr
                                                 4410 22nd Street NW

Canton OH 44708

## CERTIFICATE OF SERVICE

I certify that on June 12, 2015 a true and correct copy of Debtor's Modification Of Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Nicole L. Rohr nlratty@yahoo.com, nlrohr22@yahoo.com;thrushrohr@yahoo.com;thrushrohr@gmail.com
- Toby L Rosen jbryan@chapter13canton.com, trosen@ecf.epiqsystems.com
- United States Trustee (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

See Attached Matrix

                         /s/ Nicole L. Rohr
                         Nicole L. Rohr

Label Matrix for local noticing
0647-6
Case 14-62623-rk
Northern District of Ohio
Canton
Fri Jun 12 15:49:43 EDT 2015

Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702-1745

Affinity Medical Center
14114 Collections Center Drive
Chicago, IL 60693-0141

Affinity Medical Center c/o PASI
PO Box 188
Brentwood, TN 37024-0188

American Electric Power
Attn Bankruptcy
1 AEP Way
Hurricane WV 25526-1231

American Electric Power
PO Box 24401
Canton, OH 44701-4401

Aultman Hospital
PO Box 80868
Canton, OH 44708-0868

Aultman Hospital
c/o Drew Gonyias
PO BOx 2724
North Canton, OH 44720-0724

Aultman Hospital
c/o Mark N Rose Registered
Agent 2600 Sixth St.
Canton, OH 44710-1799

Aultman Physician Center of Canton
PO Box 80690
Canton, OH 44708-0690

CBSC
PO Box 2818
North Canton, OH 44720-0818

CBSC, Inc
6973 Promway Ave NW
North Canton, OH 44720-7321

Canton Aultman Emer Phys Inc.
PO Box 76659
Cleveland, OH 44101-6500

Canton Aultman Emergency Physicians
c/o Drew Gonyias
PO Box 2724
North Canton, OH 44720-0724

Canton City Utilities
626 30th Street NW
Canton, OH 44709-3112

Canton Endovascular & Cardiothoacic
PO Box 80690
Canton, OH 44708-0690

Canton General Surgery Assoc
PO Box 80690
Canton, OH 44708-0690

Canton Pathology
c/o Fidelity Properties Inc.
220 E Main Street
Alliance, OH 44601-2423

Cardiology One
Po Box 21430
Canton, OH 44701-1430

Centralized Bus Sol Co
Po Box 2714
North Canton, OH 44720-0714

Citizens Financial
4615 Everhard Rd NW
Canton, OH 44718-2408

Cleveland Clinic
PO Box 89410
Cleveland, OH 44101-6410

Dominion East Ohio
PO Box 5759
Cleveland, OH 44101-0759

Dominion East Ohio Gas
P.O. Box 5759
Cleveland OH 44101-0759

Drew Gonyias
PO Box 2724
North Canton, OH 44720-0724

Fidelity Collections
PO Box 2055
Alliance, OH 44601-0055

Fidelity properties
220 E Main Street
Alliance, OH 44601-2423

First Credit Inc.
PO Box 630838
Cincinnati, OH 45263-0838

First Credit Internation
3250 W Market St. S
Akron, OH 44333-3321

First Energey Solutions
4836 Brecksville Rd.
PO box 509
Richfield, OH 44286-0509

| | | |
|---|---|---|
| Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 | Mercy Medical Center<br>1320 Mercy Drive NW<br>Canton, OH 44708-2641 | Montgomery Lynch & Assoc.<br>PO Box 22720<br>Beachwood, OH 44122-0720 |
| North Central Medical Resource<br>PO Box 80868<br>Canton, OH 44708-0868 | Northern Ohio Emeg Phys LLP<br>75 Remittance Dr. #1151<br>Chicago, IL 60675-1151 | OH Phys Prof Corp/Aultman<br>Fidelity Properties Inc.<br>220 E Main St.<br>Alliance, OH 44601-2423 |
| Ohio Power<br>c/o The Bourassa Law Group, LLC<br>PO Box 28039<br>Las Vegas, NV 89126-2039 | Prince Parker and Assoc.<br>6825 Crown Crescent Court<br>PO Box 474690<br>Charlotte, NC 28247-4690 | (p)RBC<br>PO BOX 1548<br>MANSFIELD OH 44901-1548 |
| Radiology Assoc of Doctors Hospital<br>Centralized Bus Sol Co<br>PO Box 2714<br>North Canton, OH 44720-0714 | Radiology Associates of Canton<br>PO Box 3182<br>Indianapolis, IN 46206-3182 | Radiology Services of Canton<br>P O Box 20238<br>Canton, OH 44701-0238 |
| Radiology Services of Canton<br>RBC Inc<br>PO Box 1548<br>Mansfield OH 44901-1548 | Rossman & Co<br>5500 New Albany Rd.<br>New Albany, OH 43054-8704 | Snow & Sauerteig Collections<br>203 E Berry St<br>Fort Wayne, IN 46802-2715 |
| Spectrum Orthohpaedics<br>2600 Tuscawarawas St. W #300<br>Canton, OH 44708-4694 | Stark County ER Phy.<br>PO box 20670<br>Canton, OH 44701-0670 | Stark County Sanitary Engineering D<br>Sewer Division<br>PO Box 7906<br>1701 Mahoning Road NE<br>Canton, OH 44705-1471 |
| Stark County Sanitary Engineers<br>PO Box 9972<br>Canton, OH 44711-0972 | State Of Ohio Dept of Taxation<br>150 E Gay St<br>21st Floor<br>Columbus, OH 43215-3191 | Wells Fargo<br>PO Box 5296<br>Carol Stream, IL 60197-5296 |
| Wells Fargo Bank<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Wells Fargo Bank, N.A.<br>One Home Campus<br>Attn: Payment Processing MAC #X2302<br>Des Moines, IA 50328-0001 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Bruce E. Talley<br>Charles G. Snyder Co.<br>10006 Cleveland Avenue NW<br>PO Box 922<br>Uniontown, OH 44685-0922 | Nicole L. Rohr<br>Thrush & Rohr LLC<br>4410 22nd Street NW<br>Canton, OH 44708-1574 | Robert Allen Maupin<br>2418 Winton Place NW<br>Canton, OH 44709-2157 |
| Teresa Ann Maupin<br>2418 Winton Place NW<br>Canton, OH 44709-2157 | Toby L Rosen<br>Toby L Rosen, Trustee<br>400 W Tuscarawas St<br>Charter One Bank Bldg, 4th Floor<br>Canton, OH 44702-2044 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

RBC Inc
283 Glessner Ave
Mansfield, OH 44903

(d)Richland Bureau of Credit
PO Box 1548
Mansfield, OH 44901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank N.A.

(u)Robert Allen Maupin and Teresa Ann Maupin

End of Label Matrix
Mailable recipients    58
Bypassed recipients     2
Total                  60