IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| ROBERT ALLEN MAUPIN | : | CASE NO: 14-62623 |
| TERESA ANN MAUPIN | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MODIFICATION OF CHAPTER 13 PLAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and pursuant to 11 U.S.C., Section 1329 (a)(1) modifies the Debtor's Chapter 13 Plan as follows:

This plan has become unfeasible because **MORTGAGE PAYMENTS INCREASE TO $671.69 BEGINNING DECEMBER 1, 2017** and cannot be completed in the time remaining on the plan term with the payments as ordered by this court.

**Therefore**, the within Debtor'(s) payments into the plan are hereby increased from $860.00 MONTHLY to **$940.00 MONTHLY**.

All other provisions of the plan shall remain unchanged.

/s/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 W. Tuscarawas St., 4th Floor
Canton, OH 44702

# CERTIFICATE OF SERVICE

I certify that on October 31, 2017, a true and correct copy of the MODIFICATION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    NICOLE ROHR-METZGER, on behalf of ROBERT ALLEN and TERESA ANN MAUPIN, at nicole@thrushandrohr.com

And by regular U.S. Mail, postage prepaid, on:

    ROBERT ALLEN and TERESA ANN MAUPIN
    2418 WINTON PLACE NW
    CANTON, OH 44709

    /s/ Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee
    400 West Tuscarawas Street, 4th Floor
    Canton, Ohio 44702
    330-455-2222

## NOTICE TO MODIFY PLAN

The Trustee has filed papers with the Court for an Order to **MODIFY YOUR PLAN**.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may want to consult one).

If you do not want the Court to grant relief sought in the Modification or if you want the Court to consider your views on the Modification, then on or before **NOVEMBR 21, 2017**, you or your attorney must file a written Objection with the:

> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Avenue, S. W.
> Canton, Ohio 44702

If you mail your Objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to the Trustee at:

> Toby L. Rosen, Chapter 13 Trustee
> 400 West Tuscarawas St., 4th Floor
> Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Modification and may enter an Order granting relief.

> /S/Toby L. Rosen
> Chapter 13 Trustee