UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                              )      Chapter 13
                                    )      Case No. 14-62623
Robert Allen Maupin                 )      Judge Russ Kendig
Teresa Ann Maupin                   )
                                    )
     Debtors.                       )      **AMENDED**
                                    )      **MODIFICATION OF PLAN**

    Now comes Debtors, Robert and Teresa Maupin, by and through the undersigned counsel, and request a modification of her Chapter 13 plan pursuant to 11 U.S.C. § 1329(a) and Federal Rule of Bankruptcy Procedure 3015(g).

    Debtors filed a petition on December 3, 2014. Through the plan, Debtors were contributing $800.00 monthly. Debtor is paying a 0% to unsecured creditors.

    Debtors have recently had a few issues with changing employers and Debtor spouse was off work for a month for medical reasons. Debtor will mail in $1000 this week. Debtor then propose to increase the payment to $1225.00 to restore feasibility. Debtor is requesting a wage order at Siffron Inc to ensure future timely payments. Any remaining delinquency is suspended with approval of this modification and the plan term if necessary will be extended to maintain feasibility.

    Wherefore, Debtors pray the Court approve the modification and grant such other relief as may be just and appropriate.

Submitted by:

/s/Nicole L. Rohr
Nicole L. Rohr (#0078316)
Thrush & Rohr, L.L.C.
4410 22nd Street NW
Canton OH 44708
(330) 479-9494
(330) 479-9585 *fax*
Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 14-62623 |
| Robert Allen Maupin | ) | Judge Russ Kendig |
| Teresa Ann Maupin | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF MODIFICATION OF PLAN

Debtor has filed papers with the Court seeking to modify their Chapter 13 plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)**

If you do not want the court to grant the requested modification, or if you want the court to consider your views on the modification, then on or before **September 17, 2018,** you or your attorney must:

File with the court a written response, explaining your position, and a written request for a hearing, at:

**U.S. Bankruptcy Court,
Ralph Regula U.S. Courthouse,
401 McKinley Ave SW, Canton, OH 44702**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date state above.

You must also mail a copy to:

Nicole L. Rohr          Toby L. Rosen
Thrush & Rohr, L.L.C.   Office of the Chapter 13 Trustee
4410 22nd Street NW     400 W. Tuscarawas Ave., Suite 400
Canton OH 44708         Canton, Ohio  44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the modification and the modification may be granted.

Date:  August 27, 2018                     Signature:  /s/Nicole L. Rohr
                                           Name: Nicole L. Rohr

4410 22nd Street NW
Canton OH 44708

## CERTIFICATE OF SERVICE

I certify that on August 27, 2018 a true and correct copy of Debtor's Modification Of Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Nicole L. Rohr nlratty@yahoo.com, nlrohr22@yahoo.com;thrushrohr@yahoo.com;thrushrohr@gmail.com
- Toby L Rosen jbryan@chapter13canton.com, trosen@ecf.epiqsystems.com
- United States Trustee (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

See Attached Matrix

/s/ Nicole L. Rohr
Nicole L. Rohr

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 14-62623-rk<br>Northern District of Ohio<br>Canton<br>Fri Jun 12 15:49:43 EDT 2015 | Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | Affinity Medical Center<br>14114 Collections Center Drive<br>Chicago, IL 60693-0141 |
| Affinity Medical Center c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 | American Electric Power<br>Attn Bankruptcy<br>1 AEP Way<br>Hurricane WV 25526-1231 | American Electric Power<br>PO Box 24401<br>Canton, OH 44701-4401 |
| Aultman Hospital<br>PO Box 80868<br>Canton, OH 44708-0868 | Aultman Hospital<br>c/o Drew Gonyias<br>PO BOx 2724<br>North Canton, OH 44720-0724 | Aultman Hospital<br>c/o Mark N Rose Registered<br>Agent 2600 Sixth St.<br>Canton, OH 44710-1799 |
| Aultman Physician Center of Canton<br>PO Box 80690<br>Canton, OH 44708-0690 | CBSC<br>PO Box 2818<br>North Canton, OH 44720-0818 | CBSC, Inc<br>6973 Promway Ave NW<br>North Canton, OH 44720-7321 |
| Canton Aultman Emer Phys Inc.<br>PO Box 76659<br>Cleveland, OH 44101-6500 | Canton Aultman Emergency Physicians<br>c/o Drew Gonyias<br>PO Box 2724<br>North Canton, OH 44720-0724 | Canton City Utilities<br>626 30th Street NW<br>Canton, OH 44709-3112 |
| Canton Endovascular & Cardiothoacic<br>PO Box 80690<br>Canton, OH 44708-0690 | Canton General Surgery Assoc<br>PO Box 80690<br>Canton, OH 44708-0690 | Canton Pathology<br>c/o Fidelity Properties Inc.<br>220 E Main Street<br>Alliance, OH 44601-2423 |
| Cardiology One<br>Po Box 21430<br>Canton, OH 44701-1430 | Centralized Bus Sol Co<br>Po Box 2714<br>North Canton, OH 44720-0714 | Citizens Financial<br>4615 Everhard Rd NW<br>Canton, OH 44718-2408 |
| Cleveland Clinic<br>PO Box 89410<br>Cleveland, OH 44101-6410 | Dominion East Ohio<br>PO Box 5759<br>Cleveland, OH 44101-0759 | Dominion East Ohio Gas<br>P.O. Box 5759<br>Cleveland OH 44101-0759 |
| Drew Gonyias<br>PO Box 2724<br>North Canton, OH 44720-0724 | Fidelity Collections<br>PO Box 2055<br>Alliance, OH 44601-0055 | Fidelity properties<br>220 E Main Street<br>Alliance, OH 44601-2423 |
| First Credit Inc.<br>PO Box 630838<br>Cincinnati, OH 45263-0838 | First Credit Internation<br>3250 W Market St. S<br>Akron, OH 44333-3321 | First Energey Solutions<br>4836 Brecksville Rd.<br>PO box 509<br>Richfield, OH 44286-0509 |

| | | |
|---|---|---|
| Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 | Mercy Medical Center<br>1320 Mercy Drive NW<br>Canton, OH 44708-2641 | Montgomery Lynch & Assoc.<br>PO Box 22720<br>Beachwood, OH 44122-0720 |
| North Central Medical Resource<br>PO Box 80868<br>Canton, OH 44708-0868 | Northern Ohio Emeg Phys LLP<br>75 Remittance Dr. #1151<br>Chicago, IL 60675-1151 | OH Phys Prof Corp/Aultman<br>Fidelity Properties Inc.<br>220 E Main St.<br>Alliance, OH 44601-2423 |
| Ohio Power<br>c/o The Bourassa Law Group, LLC<br>PO Box 28039<br>Las Vegas, NV 89126-2039 | Prince Parker and Assoc.<br>6825 Crown Crescent Court<br>PO Box 474690<br>Charlotte, NC 28247-4690 | (p)RBC<br>PO BOX 1548<br>MANSFIELD OH 44901-1548 |
| Radiology Assoc of Doctors Hospital<br>Centralized Bus Sol Co<br>PO Box 2714<br>North Canton, OH 44720-0714 | Radiology Associates of Canton<br>PO Box 3182<br>Indianapolis, IN 46206-3182 | Radiology Services of Canton<br>P O Box 20238<br>Canton, OH 44701-0238 |
| Radiology Services of Canton<br>RBC Inc<br>PO Box 1548<br>Mansfield OH 44901-1548 | Rossman & Co<br>5500 New Albany Rd.<br>New Albany, OH 43054-8704 | Snow & Sauerteig Collections<br>203 E Berry St<br>Fort Wayne, IN 46802-2715 |
| Spectrum Orthohpaedics<br>2600 Tuscawarawas St. W #300<br>Canton, OH 44708-4694 | Stark County ER Phy.<br>PO box 20670<br>Canton, OH 44701-0670 | Stark County Sanitary Engineering D<br>Sewer Division<br>PO Box 7906<br>1701 Mahoning Road NE<br>Canton, OH 44705-1471 |
| Stark County Sanitary Engineers<br>PO Box 9972<br>Canton, OH 44711-0972 | State Of Ohio Dept of Taxation<br>150 E Gay St<br>21st Floor<br>Columbus, OH 43215-3191 | Wells Fargo<br>PO Box 5296<br>Carol Stream, IL 60197-5296 |
| Wells Fargo Bank<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Wells Fargo Bank, N.A.<br>One Home Campus<br>Attn: Payment Processing MAC #X2302<br>Des Moines, IA 50328-0001 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Bruce E. Talley<br>Charles G. Snyder Co.<br>10006 Cleveland Avenue NW<br>PO Box 922<br>Uniontown, OH 44685-0922 | Nicole L. Rohr<br>Thrush & Rohr LLC<br>4410 22nd Street NW<br>Canton, OH 44708-1574 | Robert Allen Maupin<br>2418 Winton Place NW<br>Canton, OH 44709-2157 |
| Teresa Ann Maupin<br>2418 Winton Place NW<br>Canton, OH 44709-2157 | Toby L Rosen<br>Toby L Rosen, Trustee<br>400 W Tuscarawas St<br>Charter One Bank Bldg, 4th Floor<br>Canton, OH 44702-2044 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

RBC Inc
283 Glessner Ave
Mansfield, OH 44903

(d)Richland Bureau of Credit
PO Box 1548
Mansfield, OH 44901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank N.A.

(u)Robert Allen Maupin and Teresa Ann Maupin

End of Label Matrix
Mailable recipients    58
Bypassed recipients     2
Total                  60